IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:17-mj- |
| ) | |
| v. ) | |
| ) | **UNDER SEAL** |
| Ledis Omar PADILLA-CRUZ ) | |
| AKA Omar PADILLA ) | |

## ORDER SEALING CRIMINAL COMPLAINT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 26th day of July, 2017.

_____
THE HONORABLE DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE